**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | CR 02-00531-RSWL-1 |
| Plaintiff, | **AMENDED ORDER** [435] |
| v. | |
| Cenobio H. Herrera, Sr., | |
| Defendant. | |

Currently before the Court is Defendant Cenobio H. Herrera's ("Defendant") Ex Parte Application for: 1) Entry of Default Against Plaintiff In Re Court's Order Dated June 17, 2013, and 2) Granting of Defendant's Request to Reconsider the May 30, 2013, "Order Re: Defendant's Request for Proof of Claim From the U.S. Attorney" [435]. Defendant argues that his previously filed Request to Reconsider [428] should be granted because the Government did not submit its Opposition to his Request by the Court-appointed deadline of June 28,

2013 [431]. However, as reflected by the Court's docket, the Government did, in fact, submits its Opposition to Defendant's Request to Reconsider on June 28, 2013 [432]. Therefore, Defendant's Ex Parte Application is **DENIED**. The deadline for Defendant's Reply to the Government's Opposition, should Defendant choose to submit one, remains July 26, 2013.

**IT IS SO ORDERED.**

DATED: July 22, 2013

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge